UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ROHIT VERMA,
    Plaintiff,

No. C 10-3857 SBA

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,
    Defendant.
_____/

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    February 23, 2011
Mediator:    Cathy Yanni

    IT IS HEREBY ORDERED that the requests for plaintiff Rohit Verma and defendant Hartford Life and Accident Insurance Company's representative, Andrew Stabnick, to be excused from personal attendance at the February 23, 2011 mediation session before Cathy Yanni are GRANTED. Mr. Verma will participate in the mediation via videoconference, and Mr. Stabnick shall participate telephonically. Both shall be available at all times unless and until excused by the mediator in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

February 14, 2011
Dated

By: _____
Elizabeth D. Laporte
United States Magistrate Judge